**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| **Manojkumar Dahyalal Patel,** **Kusumbahen Manojkumar Patel, and** **Kenilkumar Manojkumar Patel,** **Plaintiffs** **v.** **Kristi Noem, Secretary of Homeland Security, Washington, D.C. 20528; Pamela BONDI, Attorney General of the United States, 950 Pennsylvania Ave., NW, Washington, D.C. 20520; Kika Scott, Director, U.S. Citizenship and Immigration Services, 20 Massachusetts Avenue, NW, Washington, D.C. 20520; Laura Zuchowski, Director, USCIS Vermont Service Center, 38 River Road Essex Junction, VT 05479-0001; Loren K. Miller, Director, USCIS Nebraska Service Center, 850 S. Street, Lincoln, NE 68508,** **Defendants.** | **Case No. 1:26-cv-1040-STA-jay** |

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

The complaint in this matter was filed on March 5, 2026. However, no summons was, and more than 90 days have elapsed. Accordingly, on June 8, 2026, the Court ordered Plaintiffs to show cause within 14 days why the matter should not be dismissed for failure to prosecute. Plaintiffs were cautioned that failing to respond would result in the dismissal of the action with without further notice to Plaintiffs. (ECF No. 9.)

Rule 4(m) states that "[i]f a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified

time." The decision of whether to dismiss an action without prejudice or enlarge the period of time in which service may be made is entrusted to the discretion of the Court. *See Henderson v. United States*, 517 U.S. 654, 662 (1996).

Plaintiffs have failed to respond to the order to show cause within the requisite time. Consequently, this matter is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: June 23, 2026

2